UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA HILLS, et al., | CASE NO. C19-5634 MJP |
| Plaintiffs, | ORDER DENYING STIPULATED MOTION TO CONTINUE |
| v. | |
| MICHAEL J GENTRY, et al. | |
| Defendants. | |

This matter comes before the Court on the Parties' third Stipulated Motion to Amend the Case Schedule. (Dkt. No. 42.) The Parties ask the Court to postpone discovery and all related deadlines and to move the trial date (which would be the second postponement). The Parties' motion fails to provide good cause for any of the changes requested to the case schedule. The Parties do not provide the Court with specific evidence of how the Covid-19 pandemic has impacted the discovery efforts in this case, the number of depositions or other discovery (including expert discovery) that remains to be conducted, and why the Court should postpone

1  both the discovery and other deadlines and the trial by many months. On this record, the Court
2  DENIES the motion without prejudice.
3       The clerk is ordered to provide copies of this order to all counsel.
4       Dated December 4, 2020.

                                Marsha J. Pechman
                                United States District Judge