HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA HILLS, individually and as the Personal Representative of the ESTATE OF EDWARD LOWELL HILLS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. GENTRY, an individual; and CITY OF FORKS, a Washington municipal corporation,<br><br>Defendants. | No.    3:19-cv-05634-MJP<br><br>STIPULATED MOTION TO TAKE EXPERT DEPOSITION BEYOND THE DISCOVERY CUTOFF<br><br>**Noted for Consideration:**<br>**January 11, 2021** |

On December 8, 2020, the parties filed an Amended Stipulated Motion to Continue Certain Case Schedule Deadlines. (Dkt. 44.) On that same day, the Court issued its Order on Stipulated Motion to Amend Case Schedule and set the discovery deadline to be completed by January 18, 2021. (Dkt. 45.) Defendants requested to take the depositions of plaintiff's disclosed experts. (Dkt. 44, 3:3-8; Coluccio Decl., Ex. A-C.) The parties have diligently worked to complete discovery by January 18, 2021. (Coluccio, ¶3.) However, the deposition of plaintiff's expert, Norman Stamper,

STIPULATED MOTION TO TAKE EXPERT DEPOSITION BEYOND THE DISCOVERY CUTOFF- 1
(3:19-cv-05634-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  disclosed on January 4, 2021, has been scheduled for January 20, 2021, based on his and the

2  parties' availability. The parties seek permission from the Court to allow this deposition to occur

3  after the discovery cutoff deadline. (*Id.*)

4      DATED this 11th day of January, 2021.

5  DeLUE LAW PLLC      MULLIN, ALLEN & STEINER, PLLC

6  By    /s/ Daniel DeLue     By    /s/ Timothy E. Allen
    Daniel DeLue, WSBA #29357      Timothy E. Allen
7      600 Stewart Street, Suite 1115      101 Yesler Way, Suite 400
    Seattle, WA 98101      Seattle, WA 98104
8      Phone: 206-508-3804      Phone: 206-957-7007
    Email: ddd@d3law.com      Email: tallen@masattorneys.com
9      *Attorney for Plaintiffs*      *Attorney for Plaintiffs*

10 TURNER KUGLER LAW, PLLC      CHRISTIE LAW GROUP, PLLC

11 By    /s/ John T. Kugler     By    /s/ Megan M. Coluccio
    John T. Kugler, WSBA #19960      Thomas P. Miller, WSBA #34473
12     6523 California Avenue SW, #454      Megan M. Coluccio, WSBA #44178
    Seattle, WA 98136      2100 Westlake Avenue N., Suite 206
13     Phone: 206-659-0679      Seattle, WA 98109
    Email: john@turnerkuglerlaw.com      Phone: 206-957-9669
14     *Attorney for Defendant Michael Gentry*      Email: tom@christielawgroup.com
          Email: megan@christielawgroup.com
15           *Attorney for Defendant City of Forks*

STIPULATED MOTION TO TAKE EXPERT
DEPOSITION BEYOND THE DISCOVERY
CUTOFF- 2
(3:19-cv-05634-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

**ORDER**

THIS MATTER having come on regularly for hearing upon the stipulated motion of the parties above contained, and the Court being fully advised on the premises, now, therefore, it is hereby ORDERED that the following deposition may take place beyond the current discovery deadline of January 18, 2021:

- Norman Stamper, Ph.D.

DATED this 12th day of January, 2021.

_____
HONORABLE MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION TO TAKE EXPERT
DEPOSITION BEYOND THE DISCOVERY
CUTOFF- 3
(3:19-cv-05634-MJP)

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669