HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA HILLS, individually and as the Personal Representative of the ESTATE OF EDWARD LOWELL HILLS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. GENTRY, an individual; and CITY OF FORKS, a Washington municipal corporation,<br><br>Defendants. | No.   3:19-cv-05634-MJP<br><br>NOTICE OF SETTLEMENT |

On February 18, 2021, the parties to this lawsuit reached a mediated settlement agreement. All claims against all parties in this action have been resolved. This notice is being filed with the consent of all parties. The parties respectfully request 45 days to file a dismissal order.

DATED this 23rd day of February, 2021.

CHRISTIE LAW GROUP, PLLC

By   /s/ Megan M. Coluccio

NOTICE OF SETTLEMENT- 1
(3:19-cv-05634-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

| | |
|---|---|
| 1 | ROBERT L. CHRISTIE, WSBA #10895 |
| 2 | THOMAS P. MILLER, WSBA #34473 |
|   | MEGAN M. COLUCCIO, WSBA #44178 |
| 3 | Attorneys for Defendant City of Forks |
|   | 2100 Westlake Avenue N., Suite 206 |
| 4 | Seattle, WA  98109 |
|   | Telephone: (206) 957-9669 |
| 5 | Email: bob@christielawgroup.com |
|   | Email: tom@christielawgroup.com |
|   | Email: megan@christielawgroup.com |

NOTICE OF SETTLEMENT- 2
(3:19-cv-05634-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel DeLue, WSBA #29357
DeLUE LAW PLLC
600 Stewart Street, Suite 1115
Seattle, WA 98101
Phone: 206-508-3804
Email: ddd@d3law.com
*Attorney for Plaintiffs*

Timothy E. Allen
MULLIN, ALLEN & STEINER, PLLC
101 Yesler Way, Suite 400
Seattle, WA 98104
Phone: 206-957-7007
Email: tallen@masattorneys.com
*Attorney for Plaintiffs*

John T. Kugler, WSBA #19960
Turner Kugler Law, PLLC
6523 California Avenue SW, #454
Seattle, WA 98136
Phone: 206-659-0679
Email: john@turnerkuglerlaw.com
*Attorney for Defendant Michael Gentry*

CHRISTIE LAW GROUP, PLLC

By /s/ MEGAN M. COLUCCIO
MEGAN M. COLUCCIO, WSBA #44178
Attorney for Defendant City of Forks
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
Email: megan@christielawgroup.com

NOTICE OF SETTLEMENT- 3
(3:19-cv-05634-MJP)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669