UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA HILLS, RYAN HILLS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MICHAEL J GENTRY, CITY OF FORKS,<br><br>                    Defendants. | CASE NO. C19-5634 MJP<br><br>DISMISSAL ORDER |

The Court has been notified of the settlement of this case. (Dkt. No. 54.) It appears that no issue remains for the court's determination. IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

\\

\\

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated February 25, 2021.

3   *[signature]*

4   Marsha J. Pechman
    United States Senior District Judge

DISMISSAL ORDER - 2